UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: IVANCIC, DAVID Z | § | Case No. 13-80903 |
| LEBLANC-IVANCIC, BRENDA J | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/13/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 09/19/2013     By:  /s/JOSEPH D. OLSEN
                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: IVANCIC, DAVID Z § | Case No. 13-80903 |
| LEBLANC-IVANCIC, BRENDA J § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 37.12 |
| *leaving a balance on hand of* [1] | $ 8,962.88 |
| **Balance on hand:** | $ 8,962.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,962.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 50.79 | 0.00 | 50.79 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 819.00 | 0.00 | 819.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,519.79 |
| Remaining balance: | $ 6,443.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,443.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,443.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,031.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 18,760.94 | 0.00 | 2,875.91 |
| 2 | Capital One, N.A. | 15,929.66 | 0.00 | 2,441.90 |
| 3 | Capital One Bank (USA), N.A. | 5,253.32 | 0.00 | 805.30 |
| 4 | Capital One, N.A. | 2,087.40 | 0.00 | 319.98 |

Total to be paid for timely general unsecured claims: $ 6,443.09
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                  Case No. 13-80903-TML
David Z Ivancic                                                         Chapter 7
Brenda J Leblanc-Ivancic
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez               Page 1 of 1                  Date Rcvd: Oct 18, 2013
                              Form ID: pdf006             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2013.
db/jdb        +David Z Ivancic,    Brenda J Leblanc-Ivancic,    1480 Alexandra Blvd,    Crystal Lake, IL 60014-2931
20192709     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,   Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
20192707      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
20192708       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
20638678       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20874412       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20638675       Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20192710      +Freedman Anselmo Lindberg LLC,    PO Box 3228,    Naperville, IL 60566-3228
20192713      +Metlife Home Loan,    4000 Horizan Way,    Irving, TX 75063-2260
20192714       Monarch Recovery,    10965 Decatur Road,    Philadelphia, PA 19154-3210
20192716      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
20192717      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                Minneapolis, MN 55440-9475
20192718      +United Collection Bureau, Inc.,    5620 Southwyck Boulevard,    Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20575197       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2013 00:31:09
                American InfoSource LP as agent for,   TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
20192711      +E-mail/Text: Bankruptcy@icsystem.com Oct 19 2013 00:27:48      Ic Systems Inc,   Po Box 64378,
                St. Paul, MN 55164-0378
20192712      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 19 2013 00:25:23       Kohls/capone,   Po Box 3115,
                Milwaukee, WI 53201-3115
20192715      +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 19 2013 00:28:14       Nco Fin /99,
                Po Box 15636,    Wilmington, DE 19850-5636
20192719      +E-mail/Text: bnc@ursi.com Oct 19 2013 00:26:56      United Recovery System LP,
                5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Gary  Newland     on behalf of Debtor David Z Ivancic gary@newlandlaw.com,
               cate@fairplayparalegal.com;fairplaylegal2010@gmail.com
              Gary  Newland     on behalf of Joint Debtor Brenda J Leblanc-Ivancic gary@newlandlaw.com,
               cate@fairplayparalegal.com;fairplaylegal2010@gmail.com
              Gloria C  Tsotsos     on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-two@il.cslegal.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                               TOTAL: 8
```