# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: IVANCIC, DAVID Z                           § Case No. 13-80903
       LEBLANC-IVANCIC, BRENDA J                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $443,828.07                    Assets Exempt: $210,732.97
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,443.09       Claims Discharged
                                                 Without Payment: $69,831.23

Total Expenses of Administration: $2,556.91

---

   3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $264,429.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,556.91 | 2,556.91 | 2,556.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,907.00 | 42,031.32 | 42,031.32 | 6,443.09 |
| **TOTAL DISBURSEMENTS** | $340,336.00 | $44,588.23 | $44,588.23 | $9,000.00 |

    4) This case was originally filed under Chapter 7 on March 18, 2013. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2013      By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Chrysler Town & Country; over 36,000 miles. | 1129-000 | 4,500.00 |
| 2008 Jeep Compass; over 35,000 miles. Good condi | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Metlife Home Loan | 4110-000 | 264,429.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$264,429.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 50.79 | 50.79 | 50.79 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 819.00 | 819.00 | 819.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 14.22 | 14.22 | 14.22 |
| Rabobank, N.A. | 2600-000 | | N/A | 12.90 | 12.90 | 12.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,556.91 | $2,556.91 | $2,556.91 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 18,467.00 | 18,760.94 | 18,760.94 | 2,875.91 |
| 2 | Capital One, N.A. | 7100-000 | 15,929.00 | 15,929.66 | 15,929.66 | 2,441.90 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 5,253.00 | 5,253.32 | 5,253.32 | 805.30 |
| 4 | Capital One, N.A. | 7100-000 | 2,015.00 | 2,087.40 | 2,087.40 | 319.98 |
| NOTFILED | lc Systems Inc | 7100-000 | 313.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /99 | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 10,468.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 23,395.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $75,907.00 | $42,031.32 | $42,031.32 | $6,443.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80903  
**Case Name:** IVANCIC, DAVID Z  
LEBLANC-IVANCIC, BRENDA J  
**Period Ending:** 12/09/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/18/13 (f)  
**§341(a) Meeting Date:** 04/25/13  
**Claims Bar Date:** 09/03/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family residence located at 1480 Alexandr | 237,828.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank Checking Account No. Ending 9172. | 90.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank Savings Account No. Ending 9026. | 5.43 | 0.00 | | 0.00 | FA |
| 4 | TD Ameritrade account. | 24.67 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank Savings Account No. Ending 3347; FBO | 133.00 | 0.00 | | 0.00 | FA |
| 6 | Chase Bank Savings Account No. Ending 5056. | 535.00 | 0.00 | | 0.00 | FA |
| 7 | Usual and necessary household goods and furnishi | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books, cd's, dvd's. | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Usual and necessary clothing and shoes. | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Three fur coats of no relative value due to poor | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding rings. | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Term - no cash surrender value. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Bright Directions 529 account. | 37,463.31 | 0.00 | | 0.00 | FA |
| 14 | Northwestern University retirement plan. | 159,594.06 | 0.00 | | 0.00 | FA |
| 15 | Fidelity Investments retirement account. | 275.60 | 0.00 | | 0.00 | FA |
| 16 | 2009 Chrysler Town & Country; over 36,000 miles. | 14,500.00 | 0.00 | | 4,500.00 | FA |
| 17 | 2008 Jeep Compass; over 35,000 miles. Good condi | 9,300.00 | 0.00 | | 4,500.00 | FA |
| 18 | 2 cats. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2012 income tax refund  (u) | 4,979.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets   Totals** (Excluding unknown values) | **$467,628.07** | **$0.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 31, 2014      **Current Projected Date Of Final Report (TFR):**   September 17, 2013  (Actual)

Printed: 12/09/2013 02:25 PM    V.13.13

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-80903  
**Case Name:** IVANCIC, DAVID Z  
LEBLANC-IVANCIC, BRENDA J  
**Taxpayer ID #:** \*\*-\*\*\*7070  
**Period Ending:** 12/09/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*055466 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/13 | | Brenda LeBlanc-Ivancic | Buyout of mini-van & Jeep | | 9,000.00 | | 9,000.00 |
| | {16} | | 4,500.00 | 1129-000 | | | 9,000.00 |
| | {17} | | 4,500.00 | 1129-000 | | | 9,000.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.22 | 8,975.78 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.90 | 8,962.88 |
| 11/14/13 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $819.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 819.00 | 8,143.88 |
| 11/14/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,650.00, Trustee Compensation; Reference: | 2100-000 | | 1,650.00 | 6,493.88 |
| 11/14/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $50.79, Trustee Expenses; Reference: | 2200-000 | | 50.79 | 6,443.09 |
| 11/14/13 | 104 | American InfoSource LP as agent for | Dividend paid 15.32% on $18,760.94; Claim# 1; Filed: $18,760.94; Reference: | 7100-000 | | 2,875.91 | 3,567.18 |
| 11/14/13 | 105 | Capital One, N.A. | Dividend paid 15.32% on $15,929.66; Claim# 2; Filed: $15,929.66; Reference: | 7100-000 | | 2,441.90 | 1,125.28 |
| 11/14/13 | 106 | Capital One Bank (USA), N.A. | Dividend paid 15.32% on $5,253.32; Claim# 3; Filed: $5,253.32; Reference: | 7100-000 | | 805.30 | 319.98 |
| 11/14/13 | 107 | Capital One, N.A. | Dividend paid 15.32% on $2,087.40; Claim# 4; Filed: $2,087.40; Reference: | 7100-000 | | 319.98 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,000.00 | 9,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,000.00 | 9,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,000.00** | **$9,000.00** | |

Net Receipts : 9,000.00  
Net Estate : $9,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # \*\*\*\*055466 | 9,000.00 | 9,000.00 | 0.00 |
| | **$9,000.00** | **$9,000.00** | **$0.00** |

{} Asset reference(s)